■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR BURGOS, Appellant. [741 NYS2d 901] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Demarest, J.), rendered June 26, 2000, convicting him of murder in the second degree and attempted assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the Supreme Court's *Sandoval* ruling was a provident exercise of discretion (*see People v Sandoval,* 34 NY2d 371; *People v Bennette,* 56 NY2d 142; *People v Thompson,* 202 AD2d 454).

The defendant's remaining contention is unpreserved for appellate review. Ritter, J.P., Goldstein, Luciano and Schmidt, JJ., concur.